IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YVONNE R. ALSTON, )
)
    Plaintiff, )
)
v. ) Case No.: 8:13-cv-02388-DKC
)
)
EQUIFAX INFORMATION )
SERVICES, LLC, )
)
    Defendant. )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff YVONNE Alston and the Defendant, Equifax Information Services LLC ("Equifax"), Through its counsel, that, any and all claims of Plaintiff against Defendant Equifax are hereby dismissed with prejudice with each party bearing its own costs. This dismissal shall not dismiss any parties other than Equifax. The parties respectfully request that the Court enter the attached [proposed] order of dismissal of Equifax.

This 23rd day of July, 2014.

                                                                                                          /s/ Nathan D. Adler
                                                              Nathan D. Adler
                                                              Bar No: 22645
                                                              Neuberger, Quinn, Gielen, Rubin
                                                              & Gibber, P.A.
                                                              One South Street, 27th Floor
                                                              Baltimore, Maryland 21202-3282
                                                              Telephone: (410) 332-8516
                                                              Fax: (410) 332-8517
                                                              E-mail: nda@nqgrg.com

                                                              Attorney for Equifax Information
                                                              Services LLC

/s/ Yvonne Alston   *Yvonne Alston* (signature)
Yvonne Alston/with permission for Nathan Adler to sign
and file on his behalf.
Yvonne Alston
10012 Cedarhollow Lane
Largo, MD 20774
*Plaintiff, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served first class regular mail to:

Yvonne Alston
10012 Cedarhollow Lane
Largo, MD  20774

                                               /s/ Nathan D. Adler
                                               Nathan D. Adler